## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 21-052 |
| | : | |
| DERRICK WEATHERBE | : | |

### CONSENT MOTION TO CONTINUE SENTENCING

Defendant, Derrick Weatherbe, by and through his attorney, Jeffrey Azzarano, Esquire, hereby respectfully requests that this Honorable Court continue sentencing, and states in support thereof as follows:

1). Defendant is currently awaiting sentencing in the above matter, which is listed on Tuesday, February 8, 2022.

2). Mr. Weatherbe is ill and suffering from various medical issues. For this reason, he is seeking to delay his sentencing to attend to same.

3). AUSA DeSouza has no objection to this request.

WHEREFORE, it is respectfully requested that this Honorable Court continue the sentencing hearing currently scheduled for February 8, 2022.

RESPECYFULLY SUBMITTED:

S/ Jeffrey Azzarano

_____
Jeffrey Azzarano, Esquire
1500 JFK Blvd, Suite 1020
Philadelphia, PA  19102
(215) 575-9275
Attorney for Defendant Weatherbe

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 21-052 |
| | : | |
| DERRICK WEATHERBE | : | |

**PROPOSED CONSENT ORDER**

This matter having come before the Court on the Application of Jeffrey Azzarano, Esquire, on behalf of Defendant Derrick Weatherbe, to continue sentencing, and upon consent of the parties,

It is on this ____ day of _____, 2022, ORDERED that the Consent Motion to Continue Sentencing is GRANTED and that the matter is adjourned until _____.

_____
HON. GENE E.K. PRATTER
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 21-052 |
| | : | |
| DERRICK WEATHERBE | : | |

**CERTIFICATION OF SERVICE**

I, Jeffrey Azzarano, Esquire, attorney for Derrick Weatherbe, hereby certify that on February 2, 2022, a true and correct copy of the within Consent Motion to Continue Sentencing was served via electronic mail on the following:

    Priya DeSouza, Esquire
    Assistant United States Attorney
    Priya.deSouza@usdoj.gov

S/ Jeffrey Azzarano
_____
Jeffrey Azzarano, Esquire
Attorney for Defendant Weatherbe

DATED: 2/2/22