# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| Plaintiff : | |
| v. : | **CRIMINAL NO. 21-52** |
| **DERRICK WEATHERBE** : | |
| Defendant : | |

## ORDER

**AND NOW**, this **13th** day of **November 2024**, upon consideration of Defendant's *pro se* and counseled motions for Reduction in Sentence (ECF Nos. 69, 71, and 77) and the Government's Response (ECF No. 83) thereto, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motions for Reduction in Sentence (ECF Nos. 71 and 77) are **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**